LINDER *v.* COLLINS ᴇᴛ ᴀʟ., MEMBERS OF THE BOARD OF COUNTY COMMISSIONERS OF WALLACE COUNTY, KANSAS, ᴇᴛ ᴀʟ.

No. 86.   Decided October 13, 1958.

*Jesse I. Linder, John J. Yowell* and *G. Kent Yowell* for appellant.

*James E. Taylor* and *Verne M. Laing* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to affirm is granted and the judgment is affirmed.

PENNSYLVANIA RAILROAD CO. *v.* BOROUGH OF SAYREVILLE ᴇᴛ ᴀʟ.

No. 179.   Decided October 13, 1958.

*Windsor F. Cousins* and *Hugh B. Cox* for appellant.

*David D. Furman,* Attorney General of New Jersey, *Joseph T. Karcher* and *Samuel V. Convery* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed for want of a substantial federal question.